UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SILTON ALLEN (#476015)**

**VERSUS**

**TRENT BARTON, ET AL.**

**CIVIL ACTION**

**NO. 20-890-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 29, 2021 (Doc. 8), to which no objection was filed;

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, counting this dismissal as a strike for Plaintiff, Silton Allen, (*See* Doc. 8 at 8 n.43.)

**IT IS FURTHER ORDERED** that that this Court declines the exercise of supplemental jurisdiction over any potential state law claims

**IT IS FURTHER ORDERED** that leave to further amend, if sought, shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 2, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**